**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6325**

———————

WILLIAM DOUGLAS DAWSON, JR.,

                Plaintiff - Appellant,

        v.

ASS. WARDEN DENIS BUSH, Individually and in their official
capacity; WARDEN LARRY CARTLEDGE, Individually and in their
official capacity; ASS. WARDEN FLORENCE MAUNEY, Individually
and in their official capacity,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   David C. Norton, District Judge.
(4:13-cv-02236-DCN)

———————

Submitted:  July 23, 2015            Decided:  July 27, 2015

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Douglas Dawson, Jr., Appellant Pro Se.  James Victor
McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson, Jr., appeals the district court's judgment accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Douglas v. Bush, No. 4:13-cv-02236-DCN (D.S.C. Feb. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED